# In the United States District Court
## For the Northern District of Illinois
### Eastern Division

| | |
|---|---|
| **Cleversafe Inc.,** § | Civil Action: 1:11cv4890 |
|    **Plaintiff** § | |
| § | Judge: John Z. Lee |
| v. § | |
| § | Magistrate: Jeffrey Cole |
| **Amplidata Inc.,** § | |
|    **Defendant** § | |

## PLAINTIFF CLEVERSAFE, INC.'S MOTION TO RECONSIDER CLAIM TERM CONSTRUCTIONS

Plaintiff Cleversafe Inc. ("Cleversafe") pursuant to the briefing schedule set by the Court on May 23, 2014 (D.E. 278) hereby submits its Motion to Reconsider the construction of the disputed claim terms "data slice / plurality of data slices;" "encode, using a coding algorithm, a plurality of subsets of data to create a plurality of coded values;" and "list of unusable storage nodes" set forth in the Memorandum Opinion and Order (D.E. 277) issued May 20, 2014.

A memorandum in support of this motion detailing the facts, law, and persuasive reasoning is submitted herewith.

WHEREFORE, Cleversafe respectfully requests the Court enter an order:

1. Revising the construction of the disputed claim terms "data slice / plurality of data slices;" "encode, using a coding algorithm, a plurality of subsets of data to create a plurality of coded values;" and, "list of unusable storage nodes;" and

2. Providing such other relief as this Court deems appropriate.

Dated: May 30, 2014                  Respectfully submitted,

1

      <u>/s Michael Stolarski /</u>
Michael Stolarski
Allan J. Sternstein
Timothy K. Sendek
Kyle Davis
William D. Cramer
Lathrop & Gage, LLP
155 N. Wacker Dr.
Suite 3050
Chicago, IL 60606
(312) 920-3300

Attorneys for Plaintiff
CLEVERSAFE, INC.