**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CLEVERSAFE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 11 C 4890 |
| | ) | |
| v. | ) | Judge John Z. Lee |
| | ) | |
| AMPLIDATA, INC., | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendant. | ) | |

**NOTICE OF AGREED MOTION**

PLEASE TAKE NOTICE THAT on **Wednesday, July 23, 2012 at 8:30 a.m.**, or as soon as thereafter as counsel may be heard, we shall appear before the Honorable Jeffrey Cole, U.S. District Court for the Northern District of Illinois, Eastern Division, or such other judge as may be sitting in his stead, in the courtroom usually occupied by him in Room 1003 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present the attached **Agreed Motion To Reset Status Hearing**, a copy of which is hereby served upon you.

Dated: July 18, 2014

Respectfully submitted,

*/s/ Marcus D. Fruchter (fruchter@sw.com)*
One of the Attorneys for Amplidata, Inc.

Paula E. Litt
(litt@sw.com)
Marcus D. Fruchter
(Fruchter@sw.com)
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
Tel.: 312-701-9300

Thomas J. Friel, Jr.
(tfriel@cooley.com)
*pro hac vice*
Christopher C. Campbell
(ccampbell@cooley.com)
*pro hac vice*
COOLEY LLP
3000 El Camino Real, 5 Palo Alto Square
Palo Alto, CA 94306
(650) 843-5000

## CERTIFICATE OF SERVICE

I, Marcus D. Fruchter, one of the attorneys for Defendant Amplidata, Inc., hereby certify that on July 18, 2014, I caused a copy of the attached **Notice of Agreed Motion** to be submitted electronically to the Court's Electronic Case Filing System which generates a Notice of Electronic Filing that constitutes service to all Filing Users under Fed. R. Civ. P. 5(b)(2)(D).

                                                                   */s/ Marcus D. Fruchter*