UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Cleversafe, Inc.
                    Plaintiff,
v.                                              Case No.: 1:11−cv−04890
                                                Honorable John Z. Lee
Amplidata, Inc.
                    Defendant.


# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 17, 2014:

   MINUTE entry before the Honorable Jeffrey Cole:Status hearing held and continued to 11/4/2014 at 09:30 AM after Judge Lee's status hearing. Parties report that all fact discovery has been completed in accord with this court's previously entered schedule. The opening reports of experts (for the side having the burden of proof on the issue) shall comply with FRCP 26(a)(2) and be submitted to opposing counsel by 2/27/2015. Depositions of experts shall be completed by 3/31/2015. Response reports shall comply with FRCP 26(a)(2) by 3/31/2015. All expert discovery shall be completed by 5/1/2015. The parties are advised that all dates are final and will not be extended. The parties are urged to call chambers at 312−435−5601 if any issues arise during expert depositions. Status hearing is set for 1/6/2014 at 8:30 am. Mailed notice(jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.