UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Cleversafe, Inc.
      Plaintiff,

v.                Case No.: 1:11−cv−04890
                Honorable John Z. Lee

Amplidata, Inc.
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 6, 2014:

  MINUTE entry before the Honorable Jeffrey Cole: Status hearing held and continued to March 3, 2014 at 9:30 a.m., out−of−state counsel may appear by phone if they desire to be present. The parties shall e−mail to chambers a call−in number 24 hours before the hearing. The email address is jeffrey_cole@ilnd.uscourts.gov or the parties shall contact chambers 312−435−5601 with a call−in number. The parties should not hesitate to call chambers if any issues arise during depositions. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.